QUACKENBUSH v. MAPES et al.

(Supreme Court, Appellate Division, First Department. January 10, 1908.)

Appeal from Special Term.

Action by Abraham Quackenbush against Daniel Mapes, Jr., and others. From the judgment (54 Misc. Rep. 124, 105 N. Y. Supp. 654), defendants appeal. Modified, and, as modified, affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, Mc-LAUGHLIN, CLARKE, and HOUGHTON, JJ.    ·

Milton A. Fowler, for appellants.

Charles N. Morgan, for respondent.

McLAUGHLIN, J.  The questions presented on this appeal are similar to the ones presented in action No. 1 between the same parties. The appeals were argued together, and for the reasons stated in the opinion in action No. 1, decided herewith (107 N. Y. Supp. 1047), the judgment here appealed from must be modified, so as to permit a recovery for only $1,900 and interest thereon from the 1st day of December, 1858, and costs, and, as thus modified, should be affirmed, without costs in this court to either party.

PATTERSON, P. J., and INGRAHAM and CLARKE, JJ., concur.  HOUGHTON, J., dissents.